428 A.2d 691

Commonwealth v. Humphrie, Appellant.

Submitted December 6, 1979. Warren R. Hamilton, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgments of sentence affirmed.

428 A.2d 691

Commonwealth v. Kemp, Jr., Appellant.

Argued April 11, 1979. Louis R. Dadowski, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.